1128

No. 11–7314. PEARSON v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7320. JENKINS v. SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7327. DALLY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7330. WASHINGTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7331. SILVER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 11–7332. PENA v. MARTEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7334. MORRISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7335. STEPHENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7336. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7339. PAGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–7340. PAPENFUS v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 11–7341. MCREYNOLDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7349. HARRIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

